IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01688-BNB

MIKEAL GLENN STINE,

    Plaintiff,

v.

HON. WILEY Y. DANIEL, Chief Judge, and
HON. ERIC HOLDER, United States Attorney General,

    Defendants.

---

## DENIAL OF PETITION

---

    Plaintiff, Mikeal Glenn Stine, is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at ADX Florence.  Mr. Stine, acting *pro se*, has submitted a Letter to the Court regarding the conditions of his confinement.  Mr. Stine is an experienced *pro se* litigant and is aware that the only proper way to communicate with the Court is to file an action.  The Court, therefore, construes the Letter as an attempt by Mr. Stine to present an action to this Court for consideration without having to seek the Court's permission pursuant to *Stine v. Lappin, et al.*, No. 07-cv-01839-WYD-KLM, ECF No. 344 at 30-32 (D. Colo. Sept. 1, 2009).

    The Court has reviewed the Letter Mr. Stine has filed and finds that he has not complied with the requirements of his filing restrictions in Case No. 07-cv-01839-WYD-KLM.  Mr. Stine is required to submit three separate documents that include specific information, including (1) the Petition Pursuant to Court Order; (2) an affidavit; and (3) a prisoner complaint form that contains the claims he desires to raise.  Mr. Stine's Letter

does not contain any of the specific information he is required to provide to the Court.

Even if Mr. Stine had submitted the required information, he is not permitted to have more than one petition pending at the same time or submit more than one petition per month. *See* Case No. 07-cv-01839-WYD -KLM, Doc. No. 344 at 31. Currently, Mr Stine has a petition pending in Case No. 12-cv-01504-BNB.

Based on these findings, Mr. Stine will be denied leave to proceed with this action. Accordingly, it is

ORDERED that the Letter, ECF No. 1, is construed as a petition to proceed with this action and is DENIED without prejudice.

DATED at Denver, Colorado, this  5th  day of    July       , 2012.

BY THE COURT:

   s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Judge